December 15, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

STONEYWAY VILLAGE HOME OWNERS ASSOCIATION, INC., Appellant

NO. 14-15-00909-CV                    V.

RODNEY HOLLOWAY AND JACQUELYN HOLLOWAY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 23, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Stoneyway Village Home Owners Association, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.